UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE FAULKES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ORBCOMM INC., JEROME B. EISENBERG, MARC J. EISENBERG, MARCO FUCHS, DENISE GIBSON, KAREN GOULD, TIMOTHY KELLEHER, and JOHN MAJOR,<br><br>Defendants, | Case No.: 1:21-cv-04838-NRB |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the claims in the above-captioned action against Defendants are voluntarily dismissed with prejudice as to the Plaintiff and without prejudice as to the putative class. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 7, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*